# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ENCORE BANK**                                                                                    **PLAINTIFF**

**v.**                         **CASE NO. 4:24-CV-00710-BSM**

**KOR HOSPITALITY LLC,** *et al.*                                                    **DEFENDANTS**

## ORDER

Encore Bank's unopposed motion for summary judgment and for judgment foreclosing its security interest in Kor Hospitality, LLC's tangible and intangible personal property [Doc. No. 18] is granted.

Kor Hospitality, LLC executed and delivered a promissory note to Encore Bank in the amount of $500,000. *See* Statement of Undisputed Material Facts ¶ 1, Doc. No. 20. To secure the note, Kor Hospitality conveyed a security interest in its tangible and intangible personal property. *Id.* ¶ 2. Moreover, Kor World, LLC, Eugene Amano, and James Moore executed guaranty agreements in which they agreed to be unconditionally liable for Kor Hospitality's obligations. *Id.* ¶¶ 4, 6. The payments due on Kor Hospitality's promissory note are now in default and payment has not been received by Encore. *Id.* ¶ 8. As of August 13, 2024, the unpaid principal of $499,684.72, accrued interest of $16,484.74, and late charges of $1,436.90 were owed, with interest accruing at a rate of $138.80131 per day. *Id.* ¶ 9.

Summary judgment is appropriate when there is no genuine dispute as to any material fact, and the moving party is entitled to judgment as a matter of law. *See* Fed. R. Civ. P.

56(a); *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 249–50 (1986). Once the moving party demonstrates that there is no genuine dispute of material fact, the non-moving party may not rest upon the mere allegations or denials in their pleadings. *Holden v. Hirner*, 663 F.3d 336, 340 (8th Cir. 2011). Instead, the non-moving party must produce admissible evidence demonstrating a genuine factual dispute requiring a trial. *Id.* All reasonable inferences must be drawn in a light most favorable to the non-moving party. *Holland v. Sam's Club*, 487 F.3d 641, 643 (8th Cir. 2007). The evidence is not weighed, and no credibility determinations are made. *Jenkins v. Winter*, 540 F.3d 742, 750 (8th Cir. 2008).

    Encore's statement of undisputed facts [Doc. No. 20] is unopposed and the facts contained therein are therefore deemed admitted. Encore's motion for summary judgment is also unopposed and is therefore granted, and Encore is directed to submit a proposed judgment ordering foreclosure of its security interest in Kor Hospitality's collateral.

    IT IS SO ORDERED this 7th day of January, 2026.

                                                                                                   UNITED STATES DISTRICT JUDGE