# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ENCORE BANK**                                                                 **PLAINTIFF**

v.                    **CASE NO. 4:24-CV-00710-BSM**

**KOR HOSPITALITY LLC, et al.**                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order [Doc. No. 23] granting Encore Bank's unopposed motion for summary judgment:

(a)     Plaintiff is awarded an *in personam* judgment against Defendants Kor Hospitality, LLC, Kor World, LLC, Eugene Amano, and James W. Moore, jointly and severally, and an *in rem* judgment against Kor Hospitality, LLC's intangible and intangible personal property as described in the Commercial Security Agreement dated October 28, 2022, and attached to the Complaint, in the amount of $589,838.41, which includes unpaid principal, accrued interest, late charges, and costs as of January 8, 2026. Pre-judgment interest shall continue to accrue at the rate of $138.80131 per day until this Judgment is entered. All such amounts shall thereafter accrue post-judgment interest, as prescribed by 28 U.S.C. § 1961, at 3.48% per annum as of the date of judgment, calculated at a rate of $57.017713 per diem until paid in full;

(b)     Plaintiff is entitled to immediate possession of the Collateral, provided, however, that enforcement of this Judgment, including execution for possession of the Collateral, is stayed for a **period of ten (10) days** from the date of entry of this Judgment.

If Defendants fail to satisfy the Judgment or otherwise resolve possession of the Collateral within that 10-day period, Plaintiff shall be entitled to proceed with enforcement and to immediate possession thereafter without further order of the Court;

(c) Upon expiration of the 10-day stay, and if Plaintiff proceeds with enforcement for possession, Kor Hospitality, LLC and any other party in possession of the Collateral shall promptly disclose the location of the Collateral to the United States Marshal for the district in which the Collateral is located and shall assemble and segregate the Collateral from Defendants' other property so that Plaintiff may take possession. The disclosure, assembly, and segregation shall occur promptly upon request by Plaintiff after the stay expires;

(d) If Defendants do not voluntarily surrender the Collateral promptly after expiration of the 10-day stay and after notice of enforcement by Plaintiff, the United States Marshal for the district in which the Collateral is located is authorized to seize the Collateral wherever found within the district and deliver it to Plaintiff or its agent. If any portion of the Collateral is located outside this District, Defendants shall cause such Collateral to be transported within the jurisdiction of this Court promptly upon notice of enforcement after the stay expires;

(e) Failure to comply with this Judgment, including the disclosure, assembly, segregation, surrender, and transportation obligations concerning the Collateral after the stay period, may subject Defendants to the contempt powers of this Court, upon notice and an opportunity to be heard;

(f) Plaintiff's taxable costs are awarded pursuant to Federal Rule of Civil Procedure 54(d)(1) and are included in the above judgment amount. Any claim for attorneys' fees shall be made by motion in accordance with Federal Rule of Civil Procedure 54(d)(2).

IT IS SO ORDERED this 12th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE

Approved by:

/s/ Geoffrey B. Treece
Geoffrey B. Treece (84146)
Quattlebaum, Grooms & Tull PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
(501) 379-1700
(501) 379-1701 (Facsimile)
gtreece@qgtlaw.com